**Gary Dwayne WARD, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.**

No. 01–7800.

United States Court of Appeals, Fourth Circuit.

Submitted April 3, 2002.

Decided April 17, 2002.

Gary Dwayne Ward, Appellant Pro Se. Richard Bain Smith, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Gary Dwayne Ward seeks to appeal the district court's judgment denying his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Ward v. Angelone,* CA–00–893–2 (E.D.Va. Sept. 27, 2001). We deny Ward's motion to hold the case in abeyance pending a Supreme Court decision in *Mickens v. Taylor,* —— U.S. ——, 122 S.Ct. 1237, —— L.Ed.2d —— (2002), as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*